**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Nuss Equipment Group LLC,<br>d/b/a Nuss Truck & Equipment,<br><br>      Plaintiff,<br><br>v.<br><br>Liebherr Mining & Construction<br>Equipment Co., d/b/a Liebherr Construction<br>Equipment Co.,<br><br>      Defendant. | Civil No. 11-680 (RHK/FLN)<br><br>**ORDER FOR DISMISSAL** |

_____

Pursuant to the parties' Joint Stipulation for Dismissal (Doc. No. 8), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 9, 2011

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge